# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-25-00467-CV

**Michael Nix; Ivete G. Nix; Black Diamond Endeavors, L.L.C.; Backhaul.com, L.L.C.; and Chad Sparks, Appellants**

**v.**

**Summitbridge National Investments III, LLC, Appellee**

### FROM THE 51ST DISTRICT COURT OF TOM GREEN COUNTY
### NO. A220197C, THE HONORABLE CARMEN DUSEK, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

**PER CURIAM**

The parties have filed a joint motion to abate this appeal, representing that they have settled their dispute, with full satisfaction of the settlement agreement to occur in June 2026 and the parties' agreed dismissal of this lawsuit contingent on such satisfaction. We grant the motion and abate the appeal until further order of this Court. By July 15, 2026, the parties shall file either a motion to reinstate the appeal, a motion to dismiss the appeal, or a status report accompanied by a motion to extend the abatement.

It is so ordered on January 22, 2026.

Before Chief Justice Byrne, Justices Theofanis and Crump

Abated

Filed: January 22, 2026